[*Reporter's Note:* By order of January 23, 1992, Hon. William R. Peterson was relieved of his assignment and Hon. William A. Porter was appointed to the special panel of masters.]

*Leave to Appeal From Attorney Discipline Board Denied December 20, 1991:*

GRIEVANCE ADMINISTRATOR v RICE, No. 92801. Reconsideration denied February 28, 1992.

*Rehearing Denied December 20, 1991:*

FREDERICK v PRESQUE ISLE COUNTY CIRCUIT JUDGE, No. 90310. Leave to file a brief amicus curiae is granted. We note the argument that the Court has by its discussion of MCL 600.9947; 27A.9947 foreclosed consideration of the question of the state's ultimate responsibility to pay the costs of appointed appellate counsel (439 Mich 1, 13-14). We observe that resolution of that question was not necessary to decision of this case and that this Court has not adjudicated the merits of that question. Reported at 439 Mich 1.

*Order Entered January 29, 1992:*

PROPOSED AMENDMENTS OF MCR 3.200-3.220. On order of the Court, this is to advise that the Court is continuing to consider whether to amend subchapter 3.200 of the Michigan Court Rules of 1985, pursuant to proposed revisions made by the following groups: The Domestic Relations Rules Committee appointed by the State Court Administrator, the Michigan Judges Association, the Referees Association of Michigan, and the Friend of the Court Advisory Committee of the State Court Administrative Office.

The proposals having been published for comment as edited by staff at 437 Mich 1230 (1991), and the Court having given due consideration to the suggestions of various groups and individuals, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposals, as further edited. Please note that the additional changes are to the proposed rules and staff comments as they were published for comment at 437 Mich 1231 (1991).

The Court encourages debate regarding the wisdom of adopting these proposals. Publication for comment does not imply that the proposals will be adopted in any form or that the Court will issue an order on the subject.